UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00445-WJM-KMT

JOSEPH J. GOMEZ, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

KROLL FACTUAL DATA, INC.,

    Defendant.

## [PROPOSED] ORDER

This matter having come before the Court on motion of Defendant Kroll Factual Data, Inc., through its counsel, for an Order staying discovery pending the resolution of KFD's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), and the Court having reviewed the parties' submissions, and for good cause shown, IT IS HEREBY ORDERED that:

Defendant's Motion is GRANTED, and discovery is STAYED pending the Court's ruling on KFD's Motion to Dismiss.

**IT IS SO ORDERED.**

Dated this \_\_\_\_\_ day of _____, 2013.

                        BY THE COURT:

                        _____
                        William J. Martínez
                        United States District Judge