UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00445-WJM-KMT

JOSEPH J. GOMEZ, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

KROLL FACTUAL DATA, INC.,

    Defendant.

## ORDER PURSUANT TO 15 U.S.C. § 1681b(a)(1) TO DISCLOSE CONSUMER REPORTS

WHEREAS Plaintiff and Defendant are proceeding with fact discovery in this case and Plaintiff seeks relevant consumer reports of potential class members;

WHEREAS Plaintiff's claims and purported class claims require the parties and their experts to examine the consumer reports of the Plaintiff and potential class members; and

WHEREAS Defendant seeks to comply fully with the Fair Credit Reporting Act, 15 U.S.C. § 1681b(a)(1);

IT IS HEREBY ORDERED THAT:

1.    Defendant shall provide to its defense experts and to Plaintiff relevant consumer reports of potential class members.

2.    Plaintiff, his experts, and his experts' agents are authorized to use the consumer reports for the sole purpose of litigating this case. They shall protect this information as confidential and shall not disclose such information to any other person or entity except as authorized by Court order.

3. Defendant's experts and its experts' agents are authorized to use the consumer reports for the sole purpose of litigating this case. They shall protect this information as confidential and shall not disclose such information to any other person or entity except as authorized by Court order.

4. Pursuant to 15 U.S.C. § 1681b(a)(1), the Court finds that there is a permissible purpose for the use of information that otherwise may be governed by the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*.

DATED July 15, 2013

Kathleen M. Tafoya
United States Magistrate Judge