IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00445–WJM–KMT

JOSEPH J. GOMEZ, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

KROLL FACTUAL DATA, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Joint Motion to Amend the Complaint and Stay Discovery" (Doc. No. 51, filed October 25, 2013) is DENIED.

First, Plaintiff has failed to file a proper motion to amend his complaint pursuant to Fed. R. Civ. P. 15(a)(2) and has failed to attach the proposed amended complaint. Moreover, because consent under Rule 15(a)(2) was predicated on the granting of the stay, and because the motion to stay is denied, it is unclear whether Defendant still will consent to the filing of an amended complaint. Plaintiff may file a renewed motion to amend his complaint, accompanied by an attached proposed complaint, on or before November 15, 2013.

Second, the parties have failed to address the requirements for a stay set forth in *String Cheese Incident, LLC v. Stylus Shows, Inc.*, 02-CV-01934-LTB-PAC, 2006 WL 894955, at *2 (D. Colo. March 30, 2006), and this court previously has denied Defendant's motion to stay. (*See* Doc. No. 24.) To the extent the parties wish to stay ruling on the motion to dismiss, they must file a separate motion requesting such relief that will be ruled on by District Judge William J. Martínez.

Dated: November 4, 2013