IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–00445–WJM–KMT


JOSEPH J. GOMEZ, on behalf of himself and all others similarly situated,

     Plaintiff,

v.

KROLL FACTUAL DATA, INC.,

     Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Plaintiff's Motion for Leave to File Second Amended Complaint" (Doc. No. 54, filed November 14, 2013). The Motion is GRANTED, pursuant to District Judge William J. Martínez's "Order Denying Defendant's Motion to Dismiss." (*See* Doc. No. 62 at 7 n.3.) As Judge Martínez noted, the Second Amended Complaint does not differ substantially from the Amended Complaint. (*Id.*) Moreover, because Plaintiff has requested that the court allow the amendment attached to the Motion for Leave to File Second Amended Complaint (*see* Doc. No. 65 at 1 n.1), the motion is timely. Additionally, the court does not find any undue delay, bad faith or dilatory motive, repeated failure to cure deficiencies by amendments previously allowed, or undue prejudice to the defendant by virtue of the amendment. *Foman v. Davis*, 371 U.S. 178, 182 (1962). Finally, Judge Martínez ruled that the Plaintiff has stated a claim (*see* Doc. No. 62 at 7), and thus the defendant's futility argument fails. *Foman*, 371 U.S. at 182.

Dated: March 27, 2014