IN THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT
OF COLORADO

Civil Action No. 13-cv-00445-WJM-KMT

Joseph J. Gomez, on behalf of himself
and all others similarly situated,

    Plaintiff,

 v.

Kroll Factual Data, Inc.

    Defendant.

---

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

---

IT IS HEREBY STIPULATED by and between Plaintiff Joseph J. Gomez and

Defendant Kroll Factual Data, Inc., through their respective counsel of record, that the

above-captioned action (including all claims asserted in Plaintiff's Complaint (Dkt. No.

3), First Amended Complaint (Dkt. No. 15), and Second Amended Complaint (Dkt. No.

76)) be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), with all rights of appeal thereto waived.  Each party will bear

its own attorneys' fees and costs.  This Stipulation does not alter or obviate the

Stipulated Protective Order entered on July 15, 2013.  (Dkt. No. 46)

DATED:  December 16, 2014

By: /s/  John Soumilas
James A. Francis
John Soumilas
David A. Searles
Francis & Mailman, P.C.
100 S. Broad Street
Land Title Building, 19th Floor
Philadelphia, PA 19110
(215) 735-8600


By: /s/  Michael A. Caddell
Michael A. Caddell
Cynthia B. Chapman
Caddell & Chapman
1331 Lamar, Suite 1070
Houston, TX 77010
(713) 751-0400

*Attorneys for Plaintiff Joseph J. Gomez*

DATED:  December 16, 2014

By: /s/  Daniel P. Shanahan
Daniel P. Shanahan
Sarah L. Lochner
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

By: /s/   Ty Cheung Gee
Ty Cheung Gee
Harold Alan Haddon
Haddon, Morgan & Foreman, P.C.
150 East 10th Avenue
Denver, CO 80203
(303) 831-7364

*Attorneys for Defendant Kroll Factual
Data, Inc.*


## ORDER

It is hereby ORDERED that the above-captioned matter be, and hereby is, dismissed in its entirety with prejudice, each party to bear its own fees and costs in connection with this action.

IT IS SO ORDERED.


DATED: _____          _____
                                                                    U.S. District Judge William J. Martínez

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2014, I electronically filed the foregoing

Joint Stipulation for Dismissal with Prejudice and [Proposed] Order with the Clerk of

Court using the CM/ECF system, which will send notification of such filing to the

following:


James A. Francis
John Soumilas
David A. Searles
FRANCIS & MAILMAN, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

Michael A. Caddell
Craig C. Marchiando
CADDELL & CHAPMAN
1331 Lamar, Suite 1070
Houston, TX 77010
(713) 751-0400

*s/ Sarah L. Lochner*